WARD, Respondent, v. COUCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Olive Ward, by guardian, etc., against Earl E. Couch. No opinion. Motion granted, and appeal dismissed, with costs, including $10 costs of this motion, without prejudice to an application by appellant to be relieved from his default. Per curiam memorandum.

WARD et al., Respondents, v. WARD, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Walter K. Ward and others against Annie Page Ward, impleaded with others. No opinion. Judgment unanimously affirmed, with costs.

WARREN, Respondent, v. ALBRO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Augusta M. Warren against William C. Albro and another, as administrators, etc.

PER CURIAM. Order modified, by requiring as a condition of the amendment that plaintiff pay to the defendants all the costs and disbursements of the action to the date of the order, and, as so modified, affirmed, with $10 costs and disbursements to the appellants. See, also, 164 App. Div. 892, 148 N. Y. Supp. 1149.

WATTS, Appellant, v. DOULL–MILLER CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Stephen K. Watts against the Doull-Miller Company. M. Kellogg, of New York City, for appellant. R. W. Crawford, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs on the authority of Dunk v. Dunk, 177 N. Y. 264, 69 N. E. 539. Order filed. See, also, 164 App. Div. 259, 149 N. Y. Supp. 744.

WEBER v. DONNELLY. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by William F. Weber against John Donnelly. No opinion. Motion for stay of proceedings by plaintiff pending appeal granted; extension of time to withdraw demurrer and to answer denied. Settle order on notice.

WEEDSPORT ELECTRIC LIGHT CO., Appellant, v. VILLAGE OF WEEDSPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by the Weedsport Electric Light Company against the Village of Weedsport. No opinion. Judgment reversed, with costs, and judgment directed for the plaintiff, granting a permanent injunction, with costs. Per curiam memorandum.

WEIDMANN, Respondent, v. BORDEN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Ellenor Weidmann, as executrix, against Lewis M. Borden and others. F. Colety, of New York City, for appellants. M. Conboy, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and CLARKE, JJ., dissent.

WEINBERG v. GRAND UNION PAPER CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Flora Weinberg against the Grand Union Paper Company. No opinion. Motion granted, with $10 costs. Order filed.

WEISBADER v. MARKS et al. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Isidor Weisbader against Marcus M. Marks and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed.

WEISS, Appellant, v. ROSEN, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Mary Weiss against Sadie Rosen. S. Deutsch, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

WELLS et al., Respondents, v. ECKERSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Frank M. Wells, as executor, etc., against John C. Eckerson, trustee, etc., impleaded with Mary E. Coggins and others. R. E. Deyo, of New York City, for appellant. F. S. Moore and A. L. Marilley, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WELLS, Appellant, v. HAFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by James Clarence Wells against Alvah C. Haff and another, as executors, etc. No opinion. Motion denied. See, also, 165 App. Div. 705, 151 N. Y. Supp. 497.

WESLEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Thos. H. Wesley against the City of New York. No opinion. Application granted. Order signed. See, also, 151 N. Y. Supp. 587.